UNITED STATES OF AMERICA        *    IN THE

    Plaintiff                       *    UNITED STATES

v.                              *    DISTRICT COURT

RAMIREZ D. RODRIGUEZ            *    OF MARYLAND

    Defendant                       *    VIOLATION NOS:

                                    *    7281526-7281528

   *    *    *    *    *    *    *    *    *    *    *

## ENTRY OF APPEARANCE

Clerk:

    Please enter the appearance of Peter S. O'Neill and Murnane & O'Neill, on behalf of the Defendant, RAMIREZ D. RODRIGUEZ, with regard to the above-captioned case.

_____
PETER S. O'NEILL
peter@murnaneoneill.com
#8501010459
Murnane & O'Neill
7425 Baltimore-Annapolis Blvd.
Suite 200
Glen Burnie, Maryland 21061
(410) 761-6800
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 22, 2019 a copy of the foregoing Entry Of Appearance was sent via electronic filing using the PACER System to the United States Attorney, United States Attorney's Office.

_____
PETER S. O'NEILL