```
UNITED STATES OF AMERICA        *    IN THE

      Plaintiff                 *    UNITED STATES

v.                              *    DISTRICT COURT

RAMIREZ D. RODRIGUEZ            *    OF MARYLAND

      Defendant                 *    VIOLATION NOS:

                                *    7281526-7281528

      *    *    *    *    *    *    *    *    *    *    *    *
```

## LINE

Please waive the Initial Appearance hearing in the above-captioned case currently scheduled for **April 5, 2019 at 9:30 A.M.**

_____
PETER S. O'NEILL
peter@murnaneandoneill.com
#8501010459
Murnane & O'Neill
Suite 200
7425 Baltimore-Annapolis Blvd.
Glen Burnie, Maryland 21061
(410) 761-6800
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2019, a copy of the foregoing Line was sent, via electronic filing using the PACER System to the United State's Attorney, Unites States Attorney's Office.

_____
PETER S. O'NEILL